UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-24029-KMM

YILUN CHEN,

    Plaintiff(s),

vs.

FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, in its official capacity,

    Defendant(s).
_____/

## MEDIATOR'S DISPOSITION REPORT

A Mediation Conference was conducted on June 27, 2025. The conference resulted in the following:

The following attorneys, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference:
    All Plaintiffs and their respective trial counsel.
    All Defendants and/or their fully authorized claims representative, and their respective trial counsel.

The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered:

_____
_____

AGREEMENT.
    A partial or final agreement was reduced to writing and signed by the participating parties and their counsel. Counsel for the parties shall report the partial or final agreement to the Court, or file an appropriate stipulation of dismissal.

CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2025, a copy of the above was sent via Electronic Mail to: **Thomas Stanton, Esquire**, tstanton@bochner.law; ecf@bochner.law; abby@bochner.law; **Lourdes E. Wydler, Esquire**, lew@wydlerlaw.com; guertty@wydlerlaw.com; **Keith Altman, Esquire (pro hac vice)**, keithaltman@kaltmanlaw.com; JillFultz@kaltmanlaw.com; kimberlyschuetzler@kaltmanlaw.com; TammyWuertley@kaltmanlaw.com; ShannonRezanina@kaltmanlaw.com; DesireeBall@kaltmanlaw.com; loricrusselle@kaltmanlaw.com

Respectfully submitted,

/s/ Karen A. Brimmer

Karen A. Brimmer., Mediator
Mediator # 38549R
Upchurch Watson White & Max
2 S. Biscayne Blvd, Suite 2030
Miami, FL  33131
Phone: 305-266-1224 Fax: 305-640-8447
kbrimmer@uww-adr.com